

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Geronimo Munguia, III,

Vs. No. 11-18-00059-CR

The State of Texas,

\* From the 161st District Court
of Ector County,
Trial Court No. B-17-0271-CR.

\* March 30, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.